**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| Cynthia Wilkerson, | : |
| | : Civil Action No.:  8:10-cv-891-AW |
| Plaintiff, | : |
| v. | : |
| | : |
| I.C. System, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against I.C. System, Inc. with prejudice and without costs to any party.

| Cynthia Wilkerson | I.C. System, Inc. |
|---|---|
| ___/s/ Forrest E. Mays_____ | __/s/ Robert M. Gittins_____ |
| | William John Hickey, Esquire (Bar No: 03341) |
| Forrest E. Mays (Bar No. 07510) | Robert M. Gittins, Esquire (Bar No.: 28240) |
| 2341 N Forrest Drive, Suite 90 | Law Offices of William J. Hickey |
| Annapolis, MD 21403 | 33 Wood Lane |
| Telephone: (410) 267-6297 | Rockville, Maryland 20850 |
| Fascimile: (410) 267-6234 | 301-424-6300 |
| Email: mayslaw@mac.com | 301-294-4568 (fax) |
| Attorney for Plaintiff | rob@hickeylegal.com |
| | Counsel for the Defendant IC Systems, Inc. |

_____
SO ORDERED